# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER REGAN, | Case No. 1:23-CV-00828-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING RESPONSIVE PLEADING DATE TO INITIAL COMPLAINT** |
| v. | |
| CITY OF FRESNO, FRESNO POLICE DEPARTMENT, OFFICER ART DELEON, OFFICER LINDSAY DOZIER, OFFICER TERRY COOPER, OFFICER MATTHEW BRANDT, OFFICER DANIEL CORONA, OFFICER TY MCFADDEN and DOES 1-50 | **(Doc. 7)** |
| Defendants. | |

///

///

///

Pursuant to the parties' Joint Stipulation Extending the Responsive Pleading Date to the Initial Complaint (Doc. 7), and for good cause shown, the Court hereby ORDERS that Defendants City of Fresno, Fresno Police Department, Officer Art Deleon, Officer Lindsay Dozier, Officer Terry Cooper, Officer Matthew Brandt, Officer Daniel Corona, and Officer Ty McFadden shall have up to and including August 15, 2023, to respond to the Initial Complaint.

IT IS SO ORDERED.

Dated: **June 27, 2023**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE