UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER REGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | No. 1:23-cv-00828-JLT-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT FRESNO POLICE DEPARTMENT<br><br>(Doc. 27) |

On July 11, 2023, Plaintiff filed a notice of voluntary dismissal of Defendant Fresno Police Department, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).[1]  (Doc. 27.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d

---

[1] The Court observes that the notice was filed utilizing a form from the United States District Court for the ***Central*** District of California.

688, 692 (9th Cir. 1997).

Plaintiff filed their notice before Defendant Fresno Police Department served either an answer or motion for summary judgment. (*See* Docket.) As such, Plaintiff has voluntarily dismissed Defendant Fresno Police Department without prejudice, and this case has automatically terminated as to that defendant.[2] Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendant Fresno Police Department.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated:  **July 12, 2023**                         /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] Fed. R. Civ. P. 41(a)(1)(B) provides that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice."

2